CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANN F. WARD,<br>　　　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　　　　　*Defendant.* | CIVIL ACTION NO. 6:11-cv-00008<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On August 30, 2011, I referred this case to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment, and on January 9, 2012, Judge Crigler filed a Report and Recommendation ("Report") recommending that Plaintiff's motion be granted and that the case be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the Report of January 9, 2012, is hereby ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment (docket no. 15) is hereby GRANTED;

3. Defendant's motion for summary judgment (docket no. 17) is hereby DENIED; and

4. this action is hereby REMANDED to the Commissioner for further proceedings consistent with the direction and recommendations given in the Report. On

remand, the Commissioner (or his designate) should further develop the record with a consultative psychological examination of Plaintiff in order to determine the extent of her mental impairments and their impact on her residual functional capacity.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

Entered this 9th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE